UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS

———

No. 6:25-cv-00258

———

**Bryan Shelby Kaye,**
*Petitioner,*

v.

**Director, TDCJ-CID,**
*Respondent.*

———

### ORDER

Petitioner, an inmate proceeding pro se, brought this habeas action under 28 U.S.C. § 2254. Doc. 7. The case was referred to a magistrate judge, who issued a report recommending that the case be dismissed without prejudice for petitioner's failure to comply with the court's order to address whether and how petitioner had exhausted his habeas claims before raising them in federal court. Doc. 18 at 2. Petitioner did not file objections.

When there have been no timely objections to a report, "the court need only satisfy itself that there is no clear error on the face of the record." Fed. R. Civ. P. 72(b), advisory committee's notes to 1983 amendment. Having reviewed the record and being satisfied that there is no clear error, the court accepts the report's findings and recommendations. This case is dismissed without prejudice. Any pending motions are denied as moot.

*So ordered by the court on May 5, 2026.*

_____
J. CAMPBELL BARKER
United States District Judge

- 1 -